**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                       NO. 4:15cr00038-19 JM

BEAU D. ARMSTRONG                                                     DEFENDANT

## ORDER AMENDING JUDGMENT [DE#485]

The Judgment & Commitment Order [DE#485] entered on March 16, 2016, is hereby

amended to reflect:

The defendant shall participate, under the guidance and supervision of the probation
officer, in a substance abuse treatment program which may include testing, outpatient
counseling, and residential treatment. Further, the defendant shall abstain from the use of
alcohol throughout the course of treatment.

All other conditions contained in the original Judgment shall remain in full force and

effect.

IT IS SO ORDERED this 18th day of March, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE